

# Lekhraj Investment 2, LLC

## New Client Information Form

### Client Information

**Ramsarup, Mahendra**
Legal Last Name, Legal First Name

[REDACTED]
Social Security Number

Home Phone

**(561) 856-4972**
Cell Phone

**Pbwaterside@yahoo.com**
Email Address

**13525 Britham Street**
Address

**Wellington**
City

**FL**
State

**33414**
ZIP Code

**$ 30,000.00**
Initial Investment Amount

**Mahendra Ramsarup**
Client Name (Printed)

*[signature]* 5/11/20
Client Signature & Date



EXHIBIT A



13821 Hawkeye Drive, Orlando, FL 32837    (407)-925-2355    LekhrajInvestments@gmail.com

# LEKHRAJ INVESTMENT 2, LLC

## Terms and Conditions

1. **General Provisions**
   - The invested funds bring variable monthly profit on a positive trading month. A statement will be emailed directly to the client on a monthly basis reflecting Client's account progress.
   - In case of negative trading results, no profit is paid, however, no trading loss is deducted from Client's investment deposit, as covered by the Company's guarantee.

2. **Account Funding**
   - The minimum deposit amount is $10,000.00 USD.
   - The Client can make a deposit through wire transfer, check or money order.

3. **Investment Conditions**
   - The invested funds start to trade on high cash trading platform on the next trading day.

4. **Interest Accrual**
   - As soon as the profit appears in the Clients portion of the Account, the Client then has the option of withdrawing the funds or leaving it in the account to be traded in the next trading cycle.

5. **Administrative Fee**
   - Client is required to pay Company a fee from profit per positive trading month for reimbursement of Company's ordinary administrative expenses. Such fee will be deducted from Client's account on a monthly basis for all trades conducted by Company for Client during such month. No fee will be deducted from the Client's portion of the account in case of no profit earned during a particular trading month.

6. **Money Withdrawal**
   - The funds located in the Client's portion of the Account can be withdrawn by the Client at any time, without any fees or penalty.

7. **Warranties & Representations**
   - The company represents that it fully complies with the applied law and exercises it best efforts to provide good quality services to the benefit of its Clients.
   - The Company is not an agent or advisor. Any third party involved with the Company (including any online payment processor) is not an agent or representative of the Company, but an independent contractor.
   - The Client warrants and represents that he/she is legally capable of entering into transactions with the Company.
   - The Client may not use his/her managed account with the Company for any illegal activity.
   - The Client represents that all information provided to the company is true and up-to-date.
   - The Client ensures the account sensitive information is kept confidential.

# LEKHRAJ INVESTMENT 2, LLC

8. Limitation of Liability
   - Due to electronic character of Company's services, the Company shall not be responsible for any technical transmission delays beyond its control.
   - The Company is not liable for any default under these Terms of Services as the result of force majeure events provided that, as soon as possible, it informs its Clients thereof. Force majeure events include military actions, strikes, natural disaster, acts of government, any breakdown in communication supply.

9. No Solicitation
   - Client acknowledges that Company has not engaged in any advertising or solicitation in connection with the Client's investment of such funds with Company.

10. Confidential & Proprietary Information
    - Client hereby expressly understands and agrees that the methods and strategies used by Lekhraj Investment 2, LLC in its trading operations and the identity of its professional advisors are confidential and proprietary information of Lekhraj Investment 2, LLC and will not be made available or disclosed to Client and Client further expressly understands and agrees that Lekhraj Investment 2, LLC is not to be obligated under the terms of this Agreement to either make such information available or to disclose such information to Client.

11. Amendments
    - Company reserves the right to (i) modify or discontinue, temporarily or permanently, the Service (or any part thereof) and (ii) refuse any and all current and future use of Service, suspend or terminate your account, for any reason, including if Company believes that You have violated these Terms of Use.
    - The Terms of Service can be amended by the Company upon notification of Clients in writing. The notification can be emailed to the Client's e-mail address. After the notification is made, the modification becomes effective unless otherwise stipulated in the written notification.

12. Taxes
    - In compliance with Federal and State Laws, the Client will be issued an A-1099 Tax Form annually for withdrawals made during the calendar year.


I hereby agree to the terms and conditions stated in this document.

_Mahendra Ramsarup_       05/11/2020       _[signature]_
Client's Name (Printed)        Date                Client's Signature

---

Office Address: 13821 Hawkeye Drive, Orlando, FL 32837    Office Phone: (407)-925-2355
Company E-mail: LekhrajInvestments@gmail.com